# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2667
_____

Benjamin Patrick Walsh,

   Appellant,

v.

State of Florida,

   Appellee.

_____


On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.


March 3, 2026

Per Curiam.

   Affirmed.

Ray, Winokur, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.